**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No: 06-20374

NIQUELLA S. HARDWICK

        Defendant.
_____/

## ORDER DENYING BOND AND REMANDING DEFENDANT TO CUSTODY

Before the court is a *de novo* review of a magistrate judge's order relating to bond for defendant Niquella S. Hardwick. For reasons more fully stated on the record, there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

This court affirms Magistrate Judge Whalen's Order of Detention, dated July 20, 2006. Niquella S. Hardwick is therefore remanded to the custody of the US Marshal to be held pending final resolution of this case or further order of this court.

                                            s/Sean F. Cox
                                            SEAN F. COX
                                            UNITED STATES DISTRICT JUDGE

Dated August 22, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No: 06-20374

NIQUELLA S. HARDWICK

        Defendant.
_____/

## PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on August 22, 2006.

                                      s/J Hernandez
                                      Case Manager to
                                      District Judge Sean F. Cox